THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | | |
|---|---|---|---|
| **LARRY THOMAS, SR.,** | : | | |
| | : | | |
| Petitioner, | : | | |
| | : | CASE NO. | **5:08-CV-414 (CAR)** |
| v. | : | | |
| | : | *28 U.S.C. § 2254* | |
| **BRIAN OWENS,** | : | | |
| | : | | |
| Respondent. | : | | |

_____

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S*
*REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 21] that the instant petition for federal habeas corpus relief be dismissed as untimely. An Objection [Doc. 22] to the Recommendation was filed, and pursuant to 28 U.S.C. § 636(b)(1), the Court has made a *de novo* determination of the portions of the Recommendation to which Plaintiff objects. After careful consideration, however, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation of the United States Magistrate Judge is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**, and Respondent's motion seeking dismissal [Doc. 7] is **HEREBY GRANTED**.

**SO ORDERED**, this 21st day of July, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

jlr